# EXHIBIT A



**Service of Process Transmittal**
06/13/2013
CT Log Number 522917487

| | |
|---|---|
| **TO:** | Anne Carlson<br>Convergent Outsourcing, Inc.<br>800 SW 39th Street<br>Renton, WA 98057 |
| **RE:** | **Process Served in Missouri** |
| **FOR:** | Convergent Outsourcing, Inc. (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | William Cissell, Pltf. vs. Convergent Outsourcing, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Petition |
| **COURT/AGENCY:** | Jefferson County Circuit Court, MO<br>Case # 13JEAC02607 |
| **NATURE OF ACTION:** | Violations of the Fair Debt Collection Practices Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/13/2013 at 13:50 |
| **JURISDICTION SERVED:** | Missouri |
| **APPEARANCE OR ANSWER DUE:** | 71/10/13 at 9:00 a.m. |
| **ATTORNEY(S) / SENDER(S):** | James Windsor Eason<br>The Eason Law Firm, LLC<br>1 North Taylor Avenue<br>Saint Louis, MO 63108<br>314-932-1066 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day   796005678582 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Meghan Saffell<br>120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105<br>314-863-5545 |

Page 1 of 1 / BL

iformation displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



## IN THE 23RD JUDICIAL CIRCUIT COURT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>STEPHEN DWIGHT BOUCHARD | Case Number: 13JE-AC02607 | |
|---|---|---|
| Plaintiff/Petitioner:<br>WILLIAM CISSELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES WINDSOR EASON<br>EASON & VOYTAS LLC<br>1 N TAYLOR AVENUE<br>SAINT LOUIS, MO 63108 | |
| Defendant/Respondent:<br>CONVERGENT OUTSOURCING, INC. | Date, Time and Location of Court Appearance:<br>10-JUL-2013, 09:00 AM | |
| Nature of Suit:<br>AC Other Tort | Division 12 Courtroom<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp) |

### Associate Division Summons

The State of Missouri to: CONVERGENT OUTSOURCING, INC.
Alias:

10750 HAMMERLY BLVD
#200
HOUSTON, TX 77043

**COURT SEAL OF**
**JEFFERSON COUNTY**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

06/11/2013                           HOWARD WAGNER-CIRCUIT CLERK
                                     BY:/s/ BETH FIELDER-DEPUTY CLERK

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other_____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                           _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)    My commission expires: _____   _____
                                    Date                  Notary Public

**Sheriff's Fees, if applicable**
Summons                         $_____
Non Est                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $  10.00
Mileage                         $_____ (_____ miles @ $_____ per mile)
Total                           $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-09) SM20 (ADSM) *For Court Use Only:* Document ID# 13-ADSM-2256                                    517.041 RSMo

13JE-AC02607

Electronically Filed - Jefferson County - Circuit Court - June 11, 2013 - 11:46 AM CDT

### IN THE CIRCUIT COURT FOR JEFFERSON COUNTY
### ASSOCIATE DIVISION
### STATE OF MISSOURI

| | |
|---|---|
| William Cissell ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO._____ |
| ) | |
| Convergent Outsourcing, Inc. ) | |
| ) | |
| Serve at: ) | |
| Registered Agent: ) | |
| CT Corporation System ) | |
| 120 South Central Avenue ) | |
| Clayton, MO 63105 ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

### PETITION

COMES NOW, Plaintiff, William Cissell, and for his Petition states as follows:

### INTRODUCTION

1.   This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.   This Court has jurisdiction of the FDCPA claim under 15 USC 1692k (d). Venue is appropriate in this Court because Defendant aimed its collection activity and committed the violations of the FDCPA described herein at and in Jefferson County, Missouri.

### PARTIES

3.   Plaintiff is a natural person currently residing in Jefferson County, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA . The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

4.   Specifically, based on Plaintiff's best understanding, the alleged debt arises from a Capital One account maintained for personal purposes.

1

5. Defendant is a foreign corporation with numerous offices around the United States and a headquarters located in Houston, Texas.

6. Defendant is an independent contractor of Capital One.

7. Defendant is registered to do business in Missouri.

8. The principal business purpose of Defendant is the collection of debts In Missouri and nationwide, and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant is a "debt collector" as defined by the FDCPA. *15 USC 1692a (6)*.

## FACTS

10. Beginning in or about April 2013, Defendant began to undertake collection activity against Plaintiff on the debt. Defendant's collection activity consisted of extremely frequent telephone calls and at least two collection letters.

11. Plaintiff returned on of Defendant's phone calls to request information regarding the alleged debt. To date, the requested information has not been received.

12. After Plaintiff requested the information concerning the debt, Defendant again telephoned Plaintiff.

13. Defendant told Plaintiff that the information he requested had been sent to his mailing address.

14. When Plaintiff inquired as to what address the information had been sent, Defendant recited an address that wasn't Plaintiffs.

15. Despite being requested to re-send the information to the correct address, Defendant refused and continues to refuse to send the information.

16. Defendant's above described conduct caused Plaintiff to suffer distress and anxiety to Plaintiff.

## COUNT I: VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

2

Electronically Filed - Jefferson County - Circuit Court - June 11, 2013 - 11:46 AM CDT

Electronically Filed - Jefferson County - Circuit Court - June 11, 2013 - 11:46 AM CDT

17. Plaintiff re-alleges and Incorporate by reference all of the above paragraphs.

18. In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, *15 USC 1692 et. seq.*, including, but not limited to, the following:

   a. Overshadowing Plaintiff's dispute rights. 15 U.S.C. § 1692g.

   b. Engaging In conduct the natural consequence of which was to harass, oppress or abuse Plaintiff. 15 U.S.C. § 1692d.

   c. Failing to disclose Defendant's identity and status as a bill collector in collection communication. 15 U.S.C. § 1692d-e.

   d. Failing to disclose that the purpose of collection communication was to collect a debt. 15 U.S.C. § 1692e.

   e. Utilizing misrepresentations in an effort to collect the debt. 15 U.S.C. § 1692d-f.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for:

   A. Judgment that Defendant's conduct violated the FDCPA;

   B. Actual damages in an amount less than $25,000 to be determined at trial;

   C. Statutory damages, costs and reasonable attorney's fees pursuant to 15 USC 1692(k); and

   D. For such other relief as the Court may deem just and proper.


THE EASON LAW FIRM, LLC

/s/ James W. Eason
_____
JAMES W. EASON, #57112
1 North Taylor Avenue

3

St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:     (314) 667-3161

4

Electronically Filed - Jefferson County - Circuit Court - June 11, 2013 - 11:46 AM CDT